

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00334-CV

**FRESENIUS MEDICAL CARE-SOUTH TEXAS KIDNEY, LLC,** as successor in interest to Bio-Medical Applications of San Antonio, Inc., and Bio-Medical Applications of San Antonio, Inc.,
Appellants

v.

Raul **GONZALEZ**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20478
Honorable David A. Canales, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is REVERSED, and this case is REMANDED to the trial court. It is ORDERED that Appellants Fresenius Medical Care-South Texas Kidney, LLC, as successor in interest to Bio-Medical Applications of San Antonio, Inc., and Bio-Medical Applications of San Antonio, Inc. recover their costs of this appeal from Appellee Raul Gonzalez.

SIGNED April 9, 2014.

_____
Karen Angelini, Justice